UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARIA ERNESTO AMAYA,
JOSE NORLAND GONZALEZ, and
JOSE AMADEO CASTILLO,

    Plaintiffs,

v.

DGS CONSTRUCTION, LLC and
THE WHITING-TURNER CONTRACTING
COMPANY,

    Defendants.

Civil Action No. TDC-16-3350

**ORDER**

On July 12, 2018, Plaintiffs Maria Ernesto Amaya, Jose Norland Gonzalez, and Jose Amadeo Castillo filed an Amended Complaint. ECF No. 154. Defendants DGS Construction and The Whiting-Turner Contracting Company filed their Answers to the Amended Complaint on July 26, 2018. ECF Nos. 157, 158. On September 13, 2018, DGS Construction filed a Notice of Intent to File an Amended Answer to the Amended Complaint. ECF No. 161. DGS Construction states that the counsel for the Amaya, Gonzalez, and Castillo requested that DGS Construction revise its answers to certain paragraphs of the Amended Complaint, that DGS Construction has provided a draft Amended Answer to all counsel, and that all counsel consent to the amendment. *Id.*

Therefore, it is ORDERED that DGS Construction is granted leave to file an Amended Answer to the plaintiffs' Amended Complaint.

Date: 9/14/18

THEODORE D. CHUANG
United States District Judge