FILED: October 10, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-300
(8:16-cv-03350-TDC)
_____

DGS CONSTRUCTION, LLC, d/b/a Schuster Concrete Construction

      Petitioner

v.

MARIO ERNESTO AMAYA; JOSE NORLAND GONZALEZ; JOSE AMADEO CASTILLO

      Respondents

_____

O R D E R
_____

Upon consideration of submissions relative to the petition of defendant DGS Construction, LLC for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f), the court grants the petition. This case is transferred to the regular docket and assigned docket number 18-2186. The record shall be retained in the court below unless requested by this court.

Upon consideration of submissions relative to respondents' consent motion to strike petitioner's reply, the court grants the motion. Upon consideration of The Whiting-Turner Contracting Company's motion to join the petition for permission to appeal, the court denies the motion.

A copy of this order shall be sent to the clerk of the district court.

For the Court

/s/ Patricia S. Connor, Clerk