FILED: October 10, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2186
(8:16-cv-03350-TDC)

_____

MARIO ERNESTO AMAYA; JOSE NORLAND GONZALEZ; JOSE AMADEO CASTILLO

    Plaintiffs - Appellees

v.

DGS CONSTRUCTION, LLC, d/b/a Schuster Concrete Construction

    Defendant - Appellant

and

THE WHITING-TURNER CONTRACTING COMPANY

    Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:16-cv-03350-TDC |
| Date notice of appeal filed in originating court: | 10/10/2018 |
| Appellant (s) | DGS Construction, LLC |

| Appellate Case Number | 18-2186 |
|---|---|
| Case Manager | Karen Stump<br>804-916-2704 |