# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| MARIO ERNESTO AMAYA, JOSE NORLAND GONZALEZ and JOSE AMADEO CASTILLO, <br><br> Plaintiffs, <br><br> v. <br><br> DGS CONSTRUCTION, LLC and THE WHITING-TURNER CONTRACTING COMPANY, <br><br> Defendants. | Civil Action No. TDC-16-3350 |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiffs' Motion for Summary Judgment, ECF No. 193, is DENIED.

2. The Whiting-Turner Contracting Company's Motion for Summary Judgment, ECF No. 196, is GRANTED.

3. The Clerk is directed to terminate The Whiting-Turner Contracting Company as a Defendant.

4. Defendant DGS Construction, LLC's Motion for Summary Judgment, ECF No. 197, is GRANTED IN PART and DENIED IN PART. The Motion is denied as to Plaintiffs' unjust enrichment claim and otherwise granted.

5. The parties are directed to file a Joint Status Report within **21 days** of the date of this Order in which the parties inform the Court (1) whether the parties request mediation; (2) whether the case will proceed to trial, and if so, the expected duration of the trial and the parties' availability for trial in 2020.

Date: August 19, 2019

THEODORE D. CHUANG
United States District Judge