FILED: January 8, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2186
(8:16-cv-03350-TDC)
_____

MARIO ERNESTO AMAYA; JOSE NORLAND GONZALEZ; JOSE AMADEO CASTILLO

   Plaintiffs - Appellees

v.

DGS CONSTRUCTION, LLC, d/b/a Schuster Concrete Construction

   Defendant - Appellant

and

THE WHITING-TURNER CONTRACTING COMPANY

   Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, this appeal is dismissed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK