**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUN 21 A 8:44

CLERK'S OFFICE
AT GREENBELT
BY_____

MARIO ERNESTO AMAYA and
JOSE NORMAND GONZALEZ,

    Plaintiffs,

v.

DGS CONSTRUCTION, LLC,
d/b/a SCHUSTER CONCRETE
CONSTRUCTION,

    Defendant.

Civil Action No. TDC-16-3350

**VERDICT FORM**

**Unjust Enrichment: Overtime Fringe Benefits Class**

1.    Do you find that the defendant is liable for unjust enrichment as to the Overtime Fringe Benefits Class based on the failure to compensate the plaintiffs and class members for the value of fringe benefits associated with overtime hours worked?

    ANSWER:    __✓__    ____
                         Yes    No

**Unjust Enrichment: Carpenter Class**

2.    Do you find that the defendant is liable for unjust enrichment as to the Carpenter Class based on the compensation of the plaintiffs and class members at pay rates lower than the carpenter rate during the "provisional period"?

    ANSWER:    ____    __✓__
                         Yes    No



6/17/21 2:07pm
Date/Time

**SIGNATURE REDACTED**
Foreperson