IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIO ERNESTO AMAYA et al.,<br><br>　　Plaintiffs<br><br>v.<br><br>DGS CONSTRUCTION, LLC,<br>d/b/a SCHUSTER CONCRETE<br>CONSTRUCTION, et al.<br><br>　　Defendants. | Civ. Action No. 8:16-cv-03350-TDC |

## **ORDER**

The jury having returned a verdict on June 17, 2021 after trial in this case (ECF No. 294), and the parties having stipulated both as to (a) the amount to be awarded to the Overtime Fringe Benefit Class in the event Plaintiffs in that Class prevailed (ECF No. 266, §G) and (b) Plaintiffs' right to pre-judgment interest as of September 4, 2015 (ECF No. 297), it is hereby ORDERED that:

1. Judgment is entered in favor of the Overtime Fringe Benefit Class, as represented by Plaintiffs Mario Ernesto Amaya and Jose Norlan Gonzalez, against Defendant, DGS Construction, LLC d/b/a Schuster Concrete Construction ("Defendant") in the amount of $1,196,601.96 as of July 14, 2021, plus interest at the legal rate thereafter until paid.

2. The amount of the Judgment, and any additional interest as may be paid on the Judgment, is hereby allocated among the individuals members of the Overtime Fringe Benefit Class in the percentages set forth on the spreadsheet attached to this Order as Exhibit 1.

3. The allocated share of each member of the Overtime Fringe Benefit Class shall be reduced by such attorneys' fees, costs and incentive awards as may be approved by the Court, in the same percentages as set forth on Exhibit 1.

4. Judgment is entered in favor of Defendant, against the Carpenter Class, as represented by Plaintiffs Mario Ernesto Amaya and Jose Norlan Gonzalez.

5. Any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein.

Date: July 26, 2021

THEODORE D. CHUANG
United States District Judge