IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIO ERNESTO AMAYA<br><br>And<br><br>JOSE NORLAN GONZALEZ, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>DGS CONSTRUCTION, LLC,<br>d/b/a SCHUSTER CONCRETE<br>CONSTRUCTION,<br><br>Defendant. | Civ. Action No. 8:16-cv-03350-TDC |

**PLAINTIFFS' NOTICE OF CROSS-APPEAL**

Pursuant to Fed. R. App. P. 4(a)(3), Plaintiffs Mario Ernesto Amaya and Jose Norland Gonzalez on behalf of themselves and as representatives of the Overtime Fringe Benefit Class (hereinafter collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order granting in part Defendant DGS Construction, LLC, d/b/a Schuster Concrete Construction's (hereinafter "Defendant") Motion for Summary Judgment, and denying Plaintiffs' Motion for Summary Judgement (ECF 209, 210), with respect to Plaintiffs' claims against Defendant for violations of the Maryland Wage Payment and Collection Law and the Maryland Wage and Hour Law as to the Fringe Benefit Class, affirmed by the final judgment entered by the Court on the matter on July 26, 2021. (ECF Nos. 210, 209, 308 at ¶ 5).

Defendant filed its Notice of Appeal (ECF. 330) on February 22, 2022, and this notice is therefore timely filed pursuant to Fed. R. App. P. 4(a)(3) within 14 days later.

Dated: March 4, 2022                    Respectfully Submitted,


                                        JOSEPH, GREENWALD & LAAKE, P.A.


                                         /s/
                                        Steven M. Pavsner (Bar No. 01353)
                                        Brian J. Markovitz (Bar No. 15859)
                                        Erika Jacobsen White (Bar No. 21815)
                                        Joseph, Greenwald & Laake, P.A.
                                        6404 Ivy Lane, Suite 400
                                        Greenbelt, Maryland 20770
                                        (301) 220-2200 (phone)
                                        (301) 220-1212 (facsimile)
                                        spavsner@jgllaw.com
                                        bmarkovitz@jgllaw.com
                                        ewhite@jgllaw.com

                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2022, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

                                                     /s/_____
                                                     Brian J. Markovitz