IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| MARIO ERNESTO AMAYA et al., <br><br> Plaintiffs <br><br> v. <br><br> DGS CONSTRUCTION, LLC, d/b/a SCHUSTER CONCRETE CONSTRUCTION, <br><br> Defendant. | Civ. Action No. 8:16-cv-03350-TDC |

## UNOPPOSED MOTION FOR APPROVAL OF CIVIL SUPERSEDEAS BOND

Defendant, DGS Construction, LLC d/b/a Schuster Concrete Construction ("Defendant"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 62(b), hereby files this Unopposed Motion for Approval of Civil Supersedeas Bond, and in support thereof states:

1. On July 27, 2021, this Court entered judgment in the amount of $1,196,601.96 in favor of the Overtime Fringe Benefit Class, as represented by Plaintiffs Mario Ernesto Amaya and Jose Norlan Gonzalez. Defendant requests that the Court approve its supersedeas bond in the amount of $1,448,181.18, and stay execution of the judgment pending appeal. A copy of the bond is attached as Exhibit A to the Declaration of Mary M. McCudden.

2. Federal Rule of Civil Procedure 62(b) provides that "a party may obtain a stay by providing a bond" and that "[t]he stay takes effect when the court approves the bond…and remains in effect for the time specified in the bond." Fed. R. Civ. P. 62(b). Defendant has posted a bond in the amount of $1,448,181.18 by a surety meeting the requirements of Local Rule 110(a).

3. Plaintiffs have agreed to the amount of the bond. Defendant now requests approval of its supersedeas bond in the amount of $1,448,181.18, which will stay execution of the judgment.

Date: March 21, 2022                              Respectfully submitted,

/s/ Stephen M. Silvestri
Stephen M. Silvestri (Bar No. 01950)
Mary M. McCudden (Bar No. 20760)
Courtney A. Woods (Bar No. 21820)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
Stephen.Silvestri@jacksonlewis.com
Mary.McCudden@jacksonlewis.com
Courtney.Woods@jacksonlewis.com

*Counsel for Defendant, DGS Construction, LLC d/b/a Schuster Concrete Construction*

4859-2883-6630, v. 1